# UNITED STATES DISTRICT COURT
for the
Southern District of New York

RECEIVED
SDNY PRO SE OFFICE

2022 JUL 25  AM 10: 45

_____ Division

| | |
|---|---|
| Amirah Mercer | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| VIACOMCBS/PARAMOUNT | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

  **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Amirah Mercer |
| Street Address | 826 Washington Blvd |
| City and County | Baltimore, |
| State and Zip Code | MD 21230 |
| Telephone Number | |
| E-mail Address | othersuns33@gmail.com |

  **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name: VIACOMCBS/PARAMOUNT

    Job or Title *(if known)*:

    Street Address: 1515 Broadway,

    City and County: New York,

    State and Zip Code: NY 10010

    Telephone Number: 212846404

    E-mail Address *(if known)*: Fania.Washington@viacomcbs.com

Defendant No. 2

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Defendant No. 3

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

Defendant No. 4

    Name:

    Job or Title *(if known)*:

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Color of Authority Title 18 Section 242/ 42 U.S. Code § 1983 and Title VII of the 1964 Civil Rights Act (from Ch. 111 1/2, par. 5305) Jacobson v. Massachusetts, 197 U.S. 11, 24 -30. CRUZAN v. DIRECTOR, MDH, Genetic Information Nondiscrimination Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* AMIRAH MERCER , is a citizen of the State of *(name)* Maryland .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* VIACOMCBS/PARAMOUNT, is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,00,000 this is based on violations. See additional complaint documents.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant didn't make accommodation to the plaintiff for the medical contraindication and also discriminated against genetics. All of this caused mental anguish and emotional damage and economic damages. See additional document for complaint.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

WHEREFORE, Plaintiffs respectfully pray for a judgment against Defendants for: Pay amount of $1,000,000 for economic, punitive, and pain and suffering damages, and violating laws, committing acts of genocide and these acts caused emotional and mental distress and recovery of lost wages because plaintiff hasn't been working all this time. Compensatory damages to be paid by all Defendants; Punitive damages; Pain and suffering damages Recovery of lost wages, Costs and court fees of this lawsuit, with interest;
Any other relief as the court deems appropriate.
See complaint document

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        07/15/2022

Signature of Plaintiff    Amirah Mercer all rights reserved
Printed Name of Plaintiff    Amirah Mercer

### B.     For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

RECEIVED
SDNY PRO SE OFFICE

**U.S. DISTRICT COURT**
**Southern District of New York** 2022 JUL 25  AM 10: 44

| | |
|---|---|
| AMIRAH MERCER<br><br>Plaintiffs,<br>v.<br><br>VIACOMCBS/PARAMOUNT<br><br>Defendants. | Case No.: _____<br><br>**COMPLAINT FOR VIOLATION OF THE MEDICAL CONTRAINDICATION EXEMPTION AND EEOC AND USC 18 SECTION 1091 AND GENETIC INFORMATION NONDISCRIMINATION ACT**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: _____<br><br>Date Action filed: 07/15/2022<br>Date set for trial:_____ |

## I. NATURE OF THE CASE

1. Plaintiff <u>Amirah Mercer</u> has brought this action individually. This plaintiff brought this action against Defendants <u>ViacomCBS/Paramount</u> (hereinafter referred to collectively as "Defendants," or individually by their respective acronyms). This complaint seeks relief by recovery of lost wages because the defendant did not make accommodations for Covid 19 vaccination to the plaintiff and was sent home without pay. Finally, this complaint seeks treble and punitive damages for Defendant rejecting plaintiff's <u>Medical Contraindication To Vaccination</u> documents for <u>Covid 19 or Coronavirus</u> that were presented to remain working for Defendant but under threat, duress forced. Defendant illegally acted under Color of Authority

1

Title 18 Section 242/ 42 U.S. Code § 1983 and Title VII of the 1964 Civil Rights Act, Defendant didn't provide reasons for denial of the medical contraindication. Plaintiff has a contraindication to the covid 19 vaccine ingredients. Civil action for deprivation of rights and in threats of losing employment, duress and coercion imposing taking vaccines and one of those vaccines aren't approved and also denial of Medical Contraindication based on CDC Guidelines, World Health Organization (Ethical considerations and Caveats), and EEOC Reasonable Accommodations. Denying of these documents Medical Contraindication To Vaccination goes against:

    The Constitution which protects a person's freedom of choice in medical care, including the right to refuse unwanted medical treatment and rights preserving the doctor-patient relationship. Certainly, then, it must protect a person's decision—made in conjunction with his or her doctor—to try promising treatments that may save his life. Most state courts have based a right to refuse treatment on the common law right to informed consent, see, e.g., In re Storar, 52 N.Y.2d 363, 438 N.Y.S.2d 266, 420 N.E.2d 64,

    (b) A competent person has a liberty interest under the Due Process Clause in refusing unwanted medical treatment. Cf., e.g., Jacobson v. Massachusetts, 197 U.S. 11, 24 -30. CRUZAN v. DIRECTOR, MDH

    Because according to state New York vaccination – workplace accommodation pdf Permanent Medical exemption can be provided if worker has known diagnosed allergy to component in all three Covid 19 vaccines. See Exhibit

    Another issue is that the document states all 3 vaccines are approved. Which legally and factually isn't true. On the website of Johnson & Johnson it states that the Janssen isn't FDA approved. So Defendant is also coercing Plaintiff to take something that isn't FDA approved.

2

(See Exhibit) Defendant was discrimination against plaintiff's genome specifically Plaintiff not being vaccinated with Covid 19 vaccine. Defendant is discriminating against Plaintiff because they chose not to modify their genetic structure by not taking the vaccine which is a form of discrimination and violation of the Genetic Information Nondiscrimination Act. Hence why the Plaintiff supplied all the documentation on this to the Defendant. Despite providing the documentation Defendant was harassing the Plaintiff about vaccination status when documents were submitted already. Defendant stated that they were allowing employees to work from home but then fired Plaintiff because of the medical exemption that was requested and supplied medical contraindication documentation. Defendant rejected the medical contraindication of the Plaintiff without just cause or reason and all of these actions violate Title 18 Section 242/ 42 U.S. Code § 1983 - Civil action for deprivation of rights, Title VII of the 1964 Civil Rights Act and Genetic Information Nondiscrimination Act .

All of this caused mental anguish, emotional stress, and economic stress on the Plaintiff to the point where Plaintiff is about to be homeless because there were no accommodations made by the defendant. Plaintiff just wants to be able to work and do their job and is even willing to do a saliva test weekly but that wasn't regarded as anything.

## II. JURISDICTION and PARTIES

2. Defendant <u>ViacomCBS/Paramount</u> with principal place of business in <u>New York, New York</u>. Plaintiff <u>Amirah Mercer</u> is a inhabitant of <u>Baltimore, Maryland</u>. All events giving rise to this incident took place in <u>New York, New York</u>. Federal issues 18 US Code, Section 1091, Title VII of the 1964 Civil Rights Act, Title 18 Section 242/ 42 U.S. Code § 1983 - Civil action for deprivation of rights Genetic Information Nondiscrimination Act and In re Storar, 52 N.Y.2d

363, 438 N.Y.S.2d 266, 420 N.E.2d 64,Therefore, jurisdiction of this court is proper with Diversity of Citizenship. The Amount in Controversy Requirement is Satisfied.

### III. FACTUAL ALLEGATIONS

3. Defendant violated US Law Title 18 Section 242/ 42 U.S. Code § 1983 - Civil action for deprivation of rights, Title VII of the 1964 Civil Rights Act, Genetic Information Nondiscrimination Act and the various lawsIn re Storar, 52 N.Y.2d 363, 438 N.Y.S.2d 266, 420 N.E.2d 64. Defendant attempted to illegally Force Vaccinations on Plaintiff acting under Color of Authority and in threat, duress and coercion in order to work for Defendant, after Plaintiff presented Medically approved Contraindication Forms authorized from their Medical Physician and Doctor verifying that Vaccine was harmful to plaintiff which is an illegal ACT OF GENOCIDE. Plaintiff is allergic to the Covid 19 ingredients which is why Plaintiff has the medical contraindication and testing documents. Denying these documents goes against: The Constitution protects a person's freedom of choice in medical care, including the right to refuse unwanted medical treatment and rights preserving the doctor-patient relationship. Certainly, then, it must protect a person's decision—made in conjunction with his or her doctor—to try promising treatments that may save his life. Plaintiff presented Medical Contraindication To Vaccination to Defendant and filled out Medical Accommodation documents that Defendant required in 2021 and Defendant rejected the exemptions for the medical side of things. This was discrimination against plaintiff's genome specifically because Plaintiff not being vaccinated with Covid 19 vaccine and other employees are vaccinated with the covid 19 have a different genetic structure from the Plaintiff because of taking the covid 19 vaccine. The Defendant is

4

discriminating against Plaintiff because Plaintiff chose not to modify their genetic structure by not taking the vaccine which is a form of discrimination and violation of the Genetic Information Nondiscrimination Act. Plaintiff was fired by Defendant without pay even with the medical contraindication being provided. Defendant did denial of exemptions without probable cause or reason. Based on these actions of the Defendant this caused mental anguish, emotional and financial stress on the Plaintiff that were not necessary. (Knieriem v. Izzo, 22 Ill. 2d 73 (1961).

## IV. CAUSES OF ACTION

## FIRST CAUSE OF ACTION

### Employer Doesn't Want to Make Accommodations for Disabilities, Allergies and Medication Contraindication Damages

4. Plaintiff has given the Defendant an opportunity to reach out to the Plaintiff and discuss the documentation that was submitted with the Medical Contraindication To Vaccination in 2021 and Plaintiff had waited patiently and presumed everything was accepted and nothing was needed but the Defendant came back and denied medical exemption and still pushed for vaccination in order to remain working for Defendant. Defendant sent a Notice of Discharge to Plaintiff which was unexpected because Plaintiff has been working and didn't hear anything from the Defendant on status. The conduct of Defendant described above was not legal and didn't want to make accommodations for the plaintiff's medical contraindication. The Defendant didn't want to make any accommodations and just didn't want to approve the Medical Contraindication. As a result of Defendant not approving the medical contraindication Plaintiff was forced to be sent home without pay because of not accepting the medical contraindication and making accommodation and since the Plaintiff is not working this has cost a lot of money because of not being compensated and working. This has put Plaintiff in a bad economic position because the bills of the Plaintiff are still coming and Plaintiff is not getting compensated. THEREFORE, all of the incidents caused economic damage and mental anguish and emotional distress. (Knieriem v. Izzo, 22 Ill. 2d 73 (1961), Public Finance, 66 Ill. 2d at 89-90. See also Doe vs. Calumet City, 161 Ill. 2d 374 (1994)

## SECOND CAUSE OF ACTION

### Violation of Genetic Information Nondiscrimination Act and EEOC

5. The conduct of Defendant described didn't want to make accommodations for the plaintiff's contraindication and other disabilities even though Plaintiff was willing to provide additional information if requested or needed. The Defendant didn't want to make any accommodations and just sent the Plaintiff home. The Defendant has tried to impose/coerce vaccination in order to remain employed even though documentation for Medical Contraindication was provided and Plaintiff was willing to do the weekly salvia testing. This was discrimination against plaintiff's genome specifically because Plaintiff not being vaccinated with Covid 19 vaccine and other employees are vaccinated with the covid 19 have a different genetic structure from the Plaintiff because of taking the covid 19 vaccine. The Defendant is discriminating against Plaintiff because Plaintiff chose not to modify their genetic structure by not taking the covid 19 vaccine which is a form of discrimination and violation of the Genetic Information Nondiscrimination Act. (ADA Reg 29 CFR part 1630),(Genetic Information Nondiscrimination Act). All of this has caused damages in a form of economic stress and as well as mental anguish because employment may be lost because of the denial of medical contraindication of vaccination. Damages are therefore appropriate and should be imposed in this instance.

## V. DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for a judgment against Defendants for:

1. Pay amount of $1,000,000 for economic, punitive, and pain and suffering damages, and violating laws, committing acts of genocide and these acts caused emotional and mental distress and recovery of lost wages because plaintiff hasn't been working all this time.

2. Compensatory damages to be paid by all Defendants;

3. Punitive damages;

4. Pain and suffering damages

5. Recovery of lost wages

6. Costs and court fees of this lawsuit, with interest;

7. Any other relief as the court deems appropriate.

Dated: 7/15/2022

Amirah Mercer
Plaintiff

8

# EXHIBITS

1. A <u>Permanent</u> Medical Exemption may be granted if:

   Worker had a severe allergic reaction (for example, anaphylaxis or angioedema) after a previous dose or to a component of all three approved COVID-19 vaccines.

   Worker has a known diagnosed allergy to a component in all three approved COVID-19 vaccines.

2. A <u>Temporary</u> Medical Exemption may be granted if:

   Worker has presented medical documentation showing that they are within 90 days of monoclonal antibody or convalescent plasma treatment of COVID-19.

   Worker has presented medical documentation showing they recently underwent stem cell transplant, CAR Tcell therapy, or other therapy or treatment that would temporarily interfere with the worker's ability to respond adequately to vaccination, or mount an immune response due to treatment.

   Worker has Pericarditis or myocarditis.

   The length of a temporary medical exemption will be determined on a case-by-case basis after considering the medical documentation. An employee will be required to be vaccinated at the end of the temporary period.

   If any of the above boxes in 1 or 2 are checked, Worker may receive an accommodation and not be vaccinated.

## Accommodation

1. Weekly PCR testing for COVID-19 and Masking at all times when not eating or drinking. Any eating or drinking

2. J&J not FDA approved why this would be an option for the Plaintiff to take from the Defendant.



9

3. Definition on contraindication from CDC.



Exhibit

> www1.nyc.gov site/dch covid covid-19-vaccine-workplace-requirement page
>
> ▼ **Exceptions**
>
> This private sector workplace requirement does not apply to the following
>
> - People who work alone — at home or otherwise — and do not have in-person contact with co-workers or others in the course of their business
>
> - People who enter a workplace briefly for a limited purpose such as to use the bathroom.
>
> - Non-NYC resident performing artists, college or professional athletes and anyone who accompanies them
>
> - People who have requested reasonable accommodations for medical or religious reasons. If a worker is granted a reasonable accommodation, businesses must record the basis for the accommodation and keep supporting documentation in accordance with the below guidance
>   - Guidance on Accommodations for Workers (PDF)
>     Other Languages: Español | Русский | 简体中文 | 繁体中文 | Kreyòl ayisyen | 한국어 | বাংলা | Italiano | Polski | عربى | אידיש | Français | اردو
>   - Guidance for Employers on Equitable Implementation of COVID-19 Vaccine Requirements (PDF)
>   - Guidance for Public Accommodations on Equitable Implementation of COVID-19 Vaccine Requirements (PDF)

*#3* (handwritten annotation)

11





U.S. POSTAGE PAID
FCM LG ENV
BALTIMORE, MD
21230
JUL 20, 22
AMOUNT
**$6.16**
R2304N118468-10



7022 0410 0003 3014 6526

CLERK'S OFFICE
US DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANRL FAD PATRICK MOYNIHAN
US COURTHOUSE       Pro Se
500 PEARL STREET      EN
NEW YORK, NY 10007



RECEIVED

AMIRAH MERCER
826 WASHINGTON BLVD
BALTIMORE, MD 21230

2022 JUL 25  AM 10:44

SDNY PRO SE OFFICE
RECEIVED

