UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMIRAH MERCER,
                            Plaintiff,

            -against-

VIACOMCBS/PARAMOUNT,
                           Defendants.
------------------------------------------------------------X

22 Civ. 6322 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is currently scheduled for April 12, 2023, at 4:20 P.M.;

WHEREAS, the Order dated April 7, 2023 instructs either the parties to file a joint status letter and proposed case management plan by April 28, 2023, at noon, or the Plaintiff to file a status letter regarding her efforts to serve Defendant by April 28, 2023, at noon; it is hereby

**ORDERED** that the initial pretrial conference is adjourned until **May 3, 2023, at 4:20 P.M.** The parties shall call (888) 363-4749 and enter the access code 558-3333. The telephonic conference is public.

Dated: April 10, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE