UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    AMIRAH MERCER,
                            Plaintiff,

                  -against-                        22 Civ. 6322 (LGS)

                                                  ORDER
    VIACOMCBS/PARAMOUNT,
                            Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       Plaintiff, who is appearing pro se, brings this action alleging that Defendant discriminated against her. By order dated September 9, 2022, the Court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees.

## DISCUSSION

       Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

       To allow Plaintiff to effect service on Defendant ViacomCBS/Paramount through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant at the address listed below on the page appended to this Order. The Clerk of Court is further instructed to issue a summons and

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that the summons be issued. Prior, unsuccessful attempts at service in this matter have also necessitated an extension of the deadline. The Court therefore extends the time to serve until 90 days after the date the summons requested in the text above is issued.

deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If Plaintiff has not received notice that the complaint has been served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service.  *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is instructed to issue a summons for ViacomCBS/Paramount, complete the USM-285 form with the address listed below for this defendant, and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Clerk of Court is directed to mail an information package to Plaintiff.

SO ORDERED.

Dated: May 8, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

## DEFENDANT AND SERVICE ADDRESS

ViacomCBS/Paramount
c/o Christa A. D'Alimonte, Esq., Executive Vice President and General Counsel
51 W. 52nd Street
New York, New York 10019