```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   AMIRAH MERCER,                                            :
                                    Plaintiff,               :
                                                             :      22 Civ. 6322 (LGS)
                   -against-                                 :
                                                             :             ORDER
   VIACOMCBS/PARAMOUNT,                                      :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference was held on June 28, 2023, during which Defendant's pre-motion letter was discussed. It is hereby

**ORDERED** that Defendant shall file its motion to dismiss, not to exceed twenty-five pages, by **July 21, 2023**. Plaintiff may, but is not required to file her opposition, not to exceed twenty-five pages, by **August 18, 2023**. If Plaintiff files an opposition, Defendant shall file a reply, not to exceed ten pages, by **September 1, 2023**. All filings shall comply with the Court's Individual Rules. Whether or not Plaintiff files an opposition, the Court will liberally construe the complaint to raise the strongest claims it suggests. It is further

**ORDERED** that discovery in this matter is STAYED pending resolution of the motion to dismiss.

Dated: June 28, 2023
       New York, New York

                                                                          LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE