```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
   AMIRAH MERCER,                                             :
                              Plaintiff,                      :
                                                              :   22 Civ. 6322 (LGS)
                  -against-                                   :
                                                              :          ORDER
   VIACOMCBS/PARAMOUNT,                                       :
                              Defendant.                      :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed this action pro se, alleging claims under Title VII of the Civil Rights Act of 1964, the Genetic Information Non-Discrimination Act, 42 U.S.C. § 1983 and 18 U.S.C. § 242;

WHEREAS, the Court construes the submissions of a pro se litigant "liberally and interprets[s] them to raise the strongest arguments that they suggest." *Felder v. United States Tennis Ass'n*, 27 F.4th 834, 841 (2d Cir. 2022); *accord Aguiree v. Rising Ground*, No. 23 Civ. 3986, 2023 WL 4187385, at *1 (S.D.N.Y. June 26, 2023);

WHEREAS, Plaintiff's Complaint alleges facts that might plausibly state discrimination claims under the Americans with Disabilities Act ("ADA") and the New York City Human Rights Law ("NYCHRL"). It is hereby

**ORDERED** that Defendant, in briefing its motion to dismiss, shall address potential discrimination claims Plaintiff might raise under the ADA and NYCHRL, in addition to the claims explicitly alleged in the Complaint.

Dated: June 30, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE