

950 THIRD AVENUE • FOURTEENTH FLOOR
NEW YORK, NY 10022

MARJORIE B. KULAK
DIRECT DIAL: (212) 909-0721
DIRECT FAX: (212) 909-3521
kulak@kmm.com

TELEPHONE (212) 644-1010
FAX (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

September 2, 2023

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Mercer v. ViacomCBS/Paramount*
      Index No. 1:22-cv-06322-LGS

Dear Judge Schofield:

   This firm represents Defendant ViacomCBS/Paramount (now known as Paramount Global) ("Defendant) in the referenced matter.

   Defendant has filed its Reply Memorandum of Law ("Reply") in Further Support of its Motion to Dismiss Plaintiff Amirah Mercer's ("Plaintiff") Complaint pursuant to Fed. R. Civ. P. 12(b)(6). In this filing, Defendant: (a) attached as Exhibit 1 to the Declaration of Marjorie B. Kulak ("Kulak Declaration"), a copy of a work from home request, completed by Plaintiff's medical provider (ECF No. 55-1); (b) attached as Exhibit 3 to the Kulak Declaration an e-mail discussing information shared by Plaintiff's medical provider in Plaintiff's work from home request (ECF No. 55-3); and (c) discussed the contents of these exhibits and other related information on pages 4 and 5 of its Reply. (ECF No. 54, pages 8 of 14, 9 of 14 ). As Plaintiff may view these materials as containing her personal medical information, Defendant has redacted these materials.

   Defendant respectfully requests that the Court accept the redacted filing described above. In accordance with this Court's rules and the SDNY ECF Case Filing Rules & Instructions: (a) redacted copies of Exhibits 1 and 3 and Defendant's Reply are attached to this letter; and (b) unredacted copies of these materials will be filed separately, under seal, with the areas which are subject to redaction highlighted. Defendant is also including, as Exhibit A to this letter, a list of the individuals who should have access to the unredacted copy of these materials.

4865-8589-6050.1

Hon. Lorna G. Schofield, U.S.D.J.
September 2, 2023
Page 2

       Thank you for your consideration of this matter.

                              Respectfully submitted,

                              /s/ Marjorie B. Kulak
                              Marjorie B. Kulak

cc:    Amirah Mercer, Plaintiff *pro se*
       (via first class mail)

---

Application GRANTED. The common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). There is a strong privacy interest in the confidentiality of medical records. *See Parker v. Brann*, No. 12 Civ. 09408, 2022 WL 18402115, at *8 (S.D.N.Y. Dec. 17, 2022). Accordingly, it is appropriate here that redacted versions of the reply memorandum of law and accompanying exhibits 1 and 3 be filed publicly, with unredacted versions filed under seal.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 57, and to maintain Dkt. Nos. 58, 59 and 60 under seal. The Clerk of Court is respectfully directed to allow access to the sealed documents to the persons listed in Exhibit A.

The Clerk of Court is respectfully directed to mail a copy of this order and Dkt. Nos. 58, 59 and 60 to Plaintiff.

Dated: September 5, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE

Hon. Lorna G. Schofield, U.S.D.J.
September 2, 2023
Page 3

**Exhibit A**

The following parties/counsel should have access to: (1) the unredacted versions of Defendant's Reply (ECF No. 54); and (2) Exhibits 1 and 3 to the Declaration of Marjorie B. Kulak (ECF Nos. 55-1, 55-3):

Plaintiff *pro se* Amirah Mercer

Defendant ViacomCBS/Paramount

Marjorie Kulak, Esq.
Kauff McGuire & Margolis LLP
Counsel for Defendant ViacomCBS/Paramount