UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
AMIRAH MERCER,
                        Plaintiff,

                -against-

VIACOMCBS/PARAMOUNT,
                      Defendant.
------------------------------------------------------------X

22 Civ. 6322 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on July 26, 2024, an Opinion and Order granted Defendant's motion to dismiss Plaintiff's Second Amended Complaint. It is hereby

      **ORDERED** that Plaintiff's motion to request a status conference and to compel a decision on the motion to dismiss are **DENIED** as moot.

      The Clerk of Court is respectfully directed to terminate the motions at Dkts. 92 and 94.

Dated: September 3, 2024
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE