UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
AMIRAH MERCER,
                Plaintiff,

-against-

VIACOMCBS/PARAMOUNT,
                Defendant.
------------------------------------------------------------- X

22 Civ. 6322 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a document styled as an Objection to Magistrates Report and Recommendation, dated August 23, 2024, and received by the Court on September 3, 2024. The document is construed as a motion to reconsider the July 26, 2024, Opinion and Order (the "Opinion") granting Defendant's motion to dismiss.

WHEREAS, the Opinion allowed Plaintiff to seek leave to replead her ADA, NYCHRL, NYSHRL, GINA and Rehabilitation Act claims. Plaintiff may attempt to cure the deficiencies identified in the Opinion, as explained on pages 17 and 18, by pleading additional facts explaining why she personally is disabled as defined by the relevant laws, what specific genetic information of hers Defendant possessed and whether Defendant received federal funding. Plaintiff has until October 25, 2024, to seek leave to amend.

WHEREAS, under Local Civil Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, notice of a motion for reconsideration must be served within 14 days after the entry of the order being challenged. It is hereby

ORDERED that Plaintiff's motion for reconsideration of the Opinion is **DENIED** as untimely because it was dated and received by the Court more than 14 days after July 26, 2024.

Dated: September 4, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE